IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHRISTOPHER D. NELSON,<br>Plaintiff, | )<br>)  Civil Action No. 7:07cv00149<br>)<br>)  **FINAL ORDER**<br>) |
| LT. ANDERSON, et al.,<br>Defendants. | )  By: Glen E. Conrad<br>)  United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1), any pending motions are hereby **DENIED as MOOT**, and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order to the plaintiff.

ENTER: This 30th day of March, 2007.

/s/ Glen E. Conrad
United States District Judge